[No. 1085-1.    Division One—Panel 1.    April 3, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD RAY MILLER, *Appellant*.

[No. 1125-1.    Division One—Panel 1.    April 3, 1972.]

HENRY L. DANIELS *et al., Appellants*, v. WASHINGTON ASPHALT COMPANY *et al., Respondents*.

[No. 968-1.    Division One—Panel 1.    April 10, 1972.]

JAMES L. SIMMONS, *Appellant*, v. WM. H. SIMMONS *et al., Respondents*.

[No. 1130-1.    Division One—Panel 1.    April 10, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL L. BRADLEY, *Appellant*.

[No. 835-1.    Division One—Panel 1.    April 10, 1972.]

DALE A. CROWE, *Appellant*, v. ROTHENBUHLER ENGINEERING *et al., Respondents*.